## The People on the relation of Alexander W. Copland v. The Directors of the Minong Mining Company.

*Corporations: Directors: Removal: Declaring office vacant.* One who is named as a director in the articles of incorporation, and who has acted as such, cannot be removed by parol, or by the individual action of other directors; and proceedings by the board without notice to declare the office vacant are without jurisdiction.

*Corporations: Consolidation: Stockholders.* A person who is once entitled to stock in a corporation can only be deprived of it by transfer, or by such forfeiture for non-payment of lawful assessments as is authorized by law; and a stockholder in one of two mining companies which are consolidated becomes by the consolidation under the statute (*Comp. L. 1871, §§ 2892-5*) a stockholder in the new company.